THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dontriel Marquis Abrams,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-111
Submitted February 1, 2005  Filed February 
 11, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender 
 Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, 
 all of Columbia; and Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM: Dontriel Marquis Abrams appeals 
 from his conviction for trafficking crack cocaine and possession of marijuana 
 with intent to distribute, arguing a police officers reference to his silence 
 rendered his trial unfair.  Abramss counsel attached to the brief a petition 
 to be relieved as counsel, stating that he had reviewed the record and concluded 
 this appeal lacks merit.  Abrams filed a separate pro se brief 
 arguing the trial court lack subject matter jurisdiction, and arguing the trial 
 judge erred in failing to direct a verdict and sentencing him as a second-time 
 offender.  After a thorough review of the record, counsels brief, and Abramss 
 pro se brief pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Abramss appeal 
 and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.